# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA14 | 09887613 | C.T. Coleman | 9692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 01.22.2022  12:30 AM
**Offense Charged:** ☒ USC   18 USC Section 1832  Title 18
**Place of Offense:** 40800 Lilly Avenue Edwards AFB, CA 93523

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
IVO 18 USC Section 1832 Title 18 Forbids trespassing on a Military Base

### DEFENDANT INFORMATION

**Last Name:** Hardwick-Moses
**First Name:** Shelina
**MI:** C

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8YTN448 | CA | 22 | Hyundai Tucson | | Blue |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US Court House 510 19 St Bakersfield, CA 93301
**Date:** _____
**Time:** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*09887613*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 JAN, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/22/2022   Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial driver's license;  **CMV** = Commercial vehicle involved in incident