# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHELINA C. HARDWICK-MOSES,<br><br>Defendant. | Case No. 5:22-po-00062-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY<br><br>(ECF No. 9)<br><br>**SEPTEMBER 9, 2022 DEADLINE** |

On August 23, 2022, Defendant filed a motion for discovery. (ECF No. 9.) The motion was heard on September 6, 2022, before Magistrate Judge Stanley A. Boone. Erin Snider appeared on behalf of the Defendant. Jeffrey Spivak appeared on behalf of the United States of America. For the reasons stated on the record, Defendant's motion shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for discovery is GRANTED; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2. The United States of America shall produce the discovery as requested in Defendant's motion (ECF No. 9), on or before the close of business on September 9, 2022.

IT IS SO ORDERED.

Dated: __September 6, 2022__   _____
UNITED STATES MAGISTRATE JUDGE